UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:07-CR-00073(1)-ADA |
| | § | |
| (1) TERRY CONLENZO HUFFMAN | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On September 28, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) TERRY CONLENZO HUFFMAN, which alleged that Huffman violated a condition of his supervised release and recommended that Huffman's supervised release be revoked (Clerk's Document No. 63). A warrant issued and Huffman was arrested. On December 1, 2023, Huffman appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Huffman appeared before the magistrate judge on December 12, 2023, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on December 12, 2023, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Huffman, the magistrate judge recommends that this court continue Huffman supervised release. The magistrate judge recommends the additional following special conditions: As a special condition, the Defendant is remanded to the U.S. Marshal for time served. The Defendant is to have no contact with Danitha Howard, and the Defendant shall attend and participate in an advanced anger management course. (Clerk's Document No. 75).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On December 12, 2023, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 74). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 75 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) TERRY CONLENZO HUFFMAN 'sterm of supervised release is hereby CONTINUED. In addition, defendant Huffman shall comply with the following special conditions: As a special condition, the Defendant is remanded to the U.S. Marshal for time served. The Defendant is to have no contact with Danitha Howard, and the Defendant shall attend and participate in an advanced anger management course.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 19th day of December, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE